IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S. *ex rel.* BRADLEY BARBER, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. |
| | 05-CV-1287-UWC |
| EAGLE MASONRY SERVICES, INC., | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL

Comes now the Plaintiff, Bradley Barber, and the Defendant, Eagle Masonry Services, Inc., and hereby stipulate to the dismissal of the above-styled action, each party to bear it's own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

As grounds, the parties state that this matter was resolved on February 14, 2008.

s/ James R. Moncus, III
James R. Moncus, III
Attorney for Plaintiff,
Bradley Barber

1

**OF COUNSEL:**

**HARE, WYNN, NEWELL & NEWTON**
2025 Third Avenue North, Suite 800
Birmingham, Alabama  35203
Tel:  (205) 328-5330
Fax: (205) 324-2165

                                         s/ Gerald L. Miller
                                         Gerald L. Miller
                                         Attorney for Defendant,
                                         Eagle Masonry Services, Inc.


**OF COUNSEL:**

**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 Twentieth Street North
Birmingham, Alabama  35203
Tel:  (205) 322-0497
Fax: (205) 322-8481